## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Charlene A. Jones                           CHAPTER 13

                    Debtor(s)

                                                   BKY. NO. 23-10071 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans,
LLC and index same on the master mailing list.


                                       Respectfully submitted,


                                       /s/ *Michael Farrington*
                                       _____
                                       Michael Farrington
                                       17 Jan 2023, 10:36:59, EST


                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322