United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-10071-mdc |
|---|---|
| Charlene A. Jones | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2023 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Charlene A. Jones, 4502 Robbins Ave, Philadelphia, PA 19135-3212 |
| 14749061 | | Hayt Hayt & Landau LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 14749065 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14749067 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14749068 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14749641 | + | Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC, c/o Michael Farrington, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 14748913 | + | Rocket Mortgage, LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14749072 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14771628 | | Email/Text: megan.harper@phila.gov | May 18 2023 23:55:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14749059 | | Email/Text: megan.harper@phila.gov | May 18 2023 23:55:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14749056 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2023 00:06:04 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14755554 | + | Email/PDF: ebn_ais@aisinfo.com | May 19 2023 00:04:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14762006 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 23:54:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14764411 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2023 00:17:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14749057 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2023 00:05:36 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14749058 | | Email/Text: bankruptcy@philapark.org | May 18 2023 23:55:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14749060 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2023 23:54:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14749063 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2023 00:04:41 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14749061 | ^ | MEBN | May 18 2023 23:50:42 | Hayt Hayt & Landau LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 14749062 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 18 2023 23:54:00 | Internal Revenue Service, Centralized Insolvency |

Case 23-10071-mdc   Doc 28   Filed 05/20/23   Entered 05/21/23 00:33:57   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2023 | Form ID: 155 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14766192 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 18 2023 23:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14748657 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 18 2023 23:55:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14749064 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 18 2023 23:55:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrified, VA 22119-3000 |
| 14749066 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2023 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14749069 | + | Email/Text: bankruptcy@philapark.org | May 18 2023 23:55:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14764345 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 23:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14749070 | + | Email/Text: bankruptcyteam@quickenloans.com | May 18 2023 23:55:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14752501 | + | Email/Text: bankruptcyteam@quickenloans.com | May 18 2023 23:55:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14749071 | | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:05:43 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14747729 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:06:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14749073 | ^ | MEBN | May 18 2023 23:50:32 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 18, 2023 | Form ID: 155 | Total Noticed: 30 |

MICHAEL A. CIBIK
    on behalf of Debtor Charlene A. Jones mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Charlene A. Jones
    Debtor(s)

Chapter: 13

Bankruptcy No: 23−10071−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 18, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

26
Form 155