**IN THE UNITED STATES BANKRUPTCY COURT FOR**

EASTERN    **DISTRICT OF** PENNSYLVANIA

PHILADELPHIA    **DIVISION**

In re

CHARLENE A JONES

Debtors.

In Chapter 13 Proceeding

Case No. 23-10071

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables
Management, LLC hereby withdraws its Request for Special Notice filed on
1/12/2023    Docket Number 5 .

Dated:  This 10 th day of July , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## __Certificate of Service__

I hereby certify that a copy of the foregoing was served electronically to the following parties:

MICHAEL A CIBIK
Attorney

KENNETH E WEST
Chapter 13 Trustee

Dated:  This 10 <sup>th</sup> day of July , 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257