B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re Charlene A Jones_____,    Case No. 23-10071_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Jefferson Capital Systems LLC | Navy Federal Credit Union |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Jefferson Capital Systems, LLC
  PO Box 7999
  St. Cloud , MN 56302-9617

Phone: 800-928-7314
Last Four Digits of Acct #: 1750

Court Claim # (if known): 1
Amount of Claim: 11846.49
Date Claim Filed: 01/17/2023

Phone: 800-336-3767
Last Four Digits of Acct. #: 1750

Name and Address where transferee payments should be sent (if different from above):
  Jefferson Capital Systems, LLC
  PO Box 772813
  Chicago , IL 60677-2813
Phone: 800-928-7314
Last Four Digits of Acct #: 1750

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Karly Swenson (Bankruptcy Specialist)   Date: 10/21/2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EXHIBIT B
## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

Navy Federal Credit Union, a federally-chartered credit union with an office at 820 Follin Lane, Vienna, VA 22180 ("Seller") hereby absolutely sells, transfers, assigns, sets-over and conveys to Jefferson Capital Systems, LLC, a Limited Liability Corporation organized under the laws of Georgia with an office at 16 McLeland Road, St. Cloud, MN 56303, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Seller's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Exhibit A (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Seller on or prior to April 2, 2012, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Purchase and Sale Agreement made and entered into by and between Seller and Buyer dated April 27, 2012, (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Virginia without regard to the conflicts-of-laws rules thereof.

DATED: 4-27-12

SELLER:

By: Robert Berger
Name: Robert Berger
Title: VP Collections

STATE OF Virginia )
) ss.
COUNTY OF Fairfax )

On this the 27th day of April, 2012, before me the undersigned officer, personally appeared Robert Berger, who acknowledged him/herself to be the VP Collection of NFCU, a Federally Chartered Credit Union corporation, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

Karen Compher
Commissioner of the Superior Court
Notary Public

KAREN COMPHER
Notary Public
Commonwealth of Virginia
239207
My Commission Expires Apr 30, 2012

Page 19 of 23