Certificate Number: 16339-PAE-DE-040614931

Bankruptcy Case Number: 23-10071



16339-PAE-DE-040614931

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2026, at 7:26 o'clock PM EST, Charlene Jones completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 12, 2026            By:    /s/Kris Krumal

Name:  Kris Krumal

Title:   Certified Financial Counselor