**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **CHARLENE A. JONES** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 23-10071-DJB |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                              12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

## Part 1: Mortgage Information

**Name of claim holder:** ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:  9 0 1 9

**Property Address:**
4502 ROBBINS AVENUE
Number    Street

Philadelphia              PA    19135
City                      State   ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

| **Part 4:** | **Postpetition Payment** |

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| **Part 5:** | **Postpetition Fees, Expenses, and Charges** |

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ -0-

| **Part 6:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)** |

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West
Signature

Date  02/17/2026

Trustee: Kenneth E. West
First Name    Middle Name    Last Name

Address: 190 N. Independence Mall West, Suite 701
Number    Street

Philadelphia    PA    19106
City    State    ZIP Code

Contact phone (215) 627-1377    Email info@ph13trustee.com

| Debtor 1 | **CHARLENE A. JONES** | | |
|---|---|---|---|
| | Name | Case Number **23-10071-DJB** | Page 1 |

## History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |