*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                                    : Chapter 13


Charlene A. Jones                                          : Case No. 23–10071–djb
                    Debtor(s)


### *ORDER*
_____


    AND NOW, this day , July 1, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                 By The Court

                 Derek J Baker
                 Judge, United States Bankruptcy Court


Form 195